CA05-393S

TO: Andrew Berg, Esquire, Sammartino & Berg LLP
128 Dorrance Street, Providence, RI 02903

I acknowledge receipt of your request that I waive service on behalf of Domestic Bank of a summons in the action of Wood v. Domestic Bank, which is case number C.A. 05-393-S in the United States District Court for the District of Rhode Island. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that Domestic Bank be served with judicial process in the manner provided by Rule 4.

Domestic Bank will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against Domestic Bank if an answer or motion under Rule 12 is not served upon you within 60 days after September 14, 2005.

9/15/05
Date

Jeffrey W. Kasle, Esquire
As attorney for Domestic Bank