**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOANN WOOD** | : | |
| **Plaintiff** | : | |
| | : | |
| **V.** | : | **C.A. No. 05-393S** |
| | : | |
| | : | |
| **DOMESTIC BANK** | : | |
| **Defendant** | : | |

**ENTRY OF APPEARANCE**

The law firm of St. Peter & Kasle, Four Richmond Square, Providence, RI 02906 hereby enters its appearance on behalf of Defendant, Domestic Bank in the above-captioned matter.

DOMESTIC BANK,
BY ITS ATTORNEYS,

Barbara Harris

Barbara Harris, Esq., Of Counsel (#3023)
St. Peter & Kasle Incorporated
Four Richmond Square
Providence, Rhode Island 02906
Tel 453-4330, Fax 453-4333

**Certification**

I hereby certify that a true copy of the within was mailed to Andrew Berg, Esq., Sammartino & Berg LLP, 128 Dorrance Street, Providence, Rhode Island 02903 on this 1st day of November, 2005.

Kimberly A. Peters