**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOANN WOOD** | : | |
| **Plaintiff** | : | **C.A. No. 05-393S** |
| | : | |
| **V.** | : | |
| **DOMESTIC BANK** | : | |
| **Defendant** | : | |

## ANSWER TO COMPLAINT

### THE PARTIES

1. Admitted.

2. Admitted.

### JURISDICTION AND VENUE

3. Admitted.

4. Admitted.

5. Admitted.

### FACTS COMMONS TO ALL COUNTS

6. Admitted.

7. Admitted.

8. Admitted that Plaintiff was granted medical leave that expired early in December of 2003; Denied as to the allegation of the date that leave was granted and to the remainder allegations

9. Admitted as to the allegation as to Wood's foot; denied that Wood is "disabled" as defined by ADA, FEPA, and CRPDA.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied as to the allegation that Wood's request was rejected and specifically denied that a request was made; admitted that Wood was terminated on December 9, 2003.

## CAUSES OF ACTION

### COUNT I

### (Violation Of The ADA; Discrimination)

15. The Defendant reasserts its responses to allegations contained in paragraphs 1-14.

16. Denied.

17. Denied.

18. Denied.

WHEREFORE, Defendant prays this Honorable Court to dismiss all the allegations against Defendant contained in the Complaint and also to award costs and attorneys' fees to Defendant.

**COUNT II**

**(Violation Of FEPA; Discrimination)**

19. The Defendant reasserts its responses to allegations contained in paragraphs 1-14.

20. Denied.

21. Denied.

22. Denied.

WHEREFORE, Defendant prays this Honorable Court to dismiss all the allegations against Defendant contained in the Complaint and also to award costs and attorneys' fees to Defendant.

**COUNT III**

**(Violation Of CRPDA; Discrimination)**

23. The Defendant reasserts its responses to allegations contained in paragraphs 1-14.

24. Denied.

25. Denied.

26. Denied.

WHEREFORE, Defendant prays this Honorable Court to dismiss all the allegations against Defendant contained in the Complaint and also to award costs and attorneys' fees to Defendant.

**COUNT IV**

**(Violation Of FMLA; Retaliation)**

27. The Defendant reasserts its responses to allegations contained in paragraphs 1-14.

28. Denied.

29. Denied.

30. Denied.

WHEREFORE, Defendant prays this Honorable Court to dismiss all the allegations against Defendant contained in the Complaint and also to award costs and attorneys' fees to Defendant.

**AFFIRMATIVE DEFENSES**

Defendant hereby gives notice of its intention to rely upon each and every affirmative defense that may be justified by the facts adduced during discovery and at trial and including without limitation:

1. Waiver
2. Estoppel
3. Unclean Hands
4. Failure to mitigate damages

5. Lack of standing to pursue some or all of her claims

6. Failure to comply with necessary statutes or rules of limitation.

7. Defendant has acted in good faith

8. Failure to state a claim upon which relief can be granted

9. Lack of jurisdiction

10. Defendant states that each and every action with respect to the Plaintiff was taken in good faith and for legitimate non-discriminatory business reasons.

Respectfully submitted,
DOMESTIC BANK,
By its Attorney:

Barbara Harris

BARBARA HARRIS, ESQ. (#3023)
*Of Counsel,*
JEFFREY KASLE, ESQ. (#2695)
St. Peter & Kasle Incorporated
Four Richmond Square
Providence, Rhode Island 02906
Tel. 401-453-4330
Fax. 401-453-4333
Email. bhlaw@cox.net

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed to Andrew Berg, Esq., Sammartino & Berg LLP, 128 Dorrance Street, Providence, Rhode Island 02903 on this 2nd day of November 2005.

Kimberly A. Peters

S:\Client Directory\Domestic Bank\Wood\Answer To Complaint In U.S. District Court Re Wood .DOC