UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Barbara Harris, Esq.

RE: CA 05-393S Wood vs. Domestic Bank

_______________ v. _______________

# ORDER

I have reviewed your document(s) presented to the Clerk's Office on 1 / 31 / 06 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

_____ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

X 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

_____ 8. Document violates Amended General Order 2002-01.

_____ 9. Other: _______________

ENTER:

David L Martin
United States Magistrate Judge

Date: 1-31-06

cc: Counsel of Record

RECEIVED

JAN 31 2006

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

**JOANN WOOD** :
**Plaintiff** : **C.A. No. 05-393S**
:
**V.** :
**DOMESTIC BANK** :
**Defendant** :

**Motion to Compel Production**
**[re: Defendant's First Request for Production]**

Pursuant to Rules 34, 37 and other applicable rules, Defendant Requests that the Court enter an Order Compelling Plaintiff to produce, within 15 days after entry of the Order by Rule of Court or otherwise, all documents referred to in Defendant's First Request for Production.

The original Request for Production was served in November 2, 2005. No objections to the Request were timely served, and none have ever been served.

Requests were made to Plaintiff's counsel in December, 2005, requesting a response and satisfying movant's obligation to confer on the issue.

There is no just reason for delay and we seek an Order that Plaintiff be compelled to produce, within 15 days after entry of the Order by Rule of Court or otherwise, "all documents responsive to Defendant's First Request for Production in accordance with the terms of that Request."

*Certification:* The movant has in good faith conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court action.