UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOANN WOOD
Plaintiff

V. C.A. No. 05-393S

DOMESTIC BANK
Defendant

## STIPULATION OF DISMISSAL

The parties, hereby stipulate that they have settled the above referenced matter, and accordingly have agreed to the dismissal with prejudice and without costs.

COUNSEL FOR DEFENDANT

JEFFREY W. KASLE, ESQ., #2695
St. Peter & Kasle Incorporated
Four Richmond Square
Providence, Rhode Island 02906
Tel 401-453-4330, Fax 401-453-4333

Dated: July 18, 2006

COUNSEL FOR PLAINTIFF

Andrew Berg, Esq.
Sammartino & Berg LLP
128 Dorrance Street
Providence, Rhode Island 02903

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 7/24/06